United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Chief Judge Sargus, Judge Watson, Magistrate Judge Vascura and Magistrate Judge Deavers

FROM: Scott Miller , Deputy Clerk

DATE: 7/27/18

SUBJECT: Case Caption: Snyder-Hill, et al. v. Ohio State University

CASE: Case Number: 2:18-cv-736

DISTRICT JUDGE: Chief Judge Sargus (Magistrate Judge Vascura)

File Date: 7/27/18

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Doe 1, et al. v. The Ohio State University

Case Number: 2:18-cv-692      District Judge: Watson

File Date: 7/16/18             Magistrate Judge: Deavers

**Related Case(s):**

Case Caption: John Doe 1 v. Ohio State University, et al.

Case Number: 2:18-cv-712      District Judge: Watson

File Date: 7/17/18             Magistrate Judge: Deavers

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   <u>Scott Miller</u>
as follows:

**Judges' Response:**

    ☐  We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

    ☑  We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge  <u>Watson</u>

    ☐  We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

    ☐  We are unable to agree and will accept any decision made by the Chief Judge.

    ☐  I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

    ☐  I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

    ☐  Other Direction of Judge: _____

_[signature]_    7-27-2018
United States District Judge

_Michael H. Watson_   7/27/18
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*