UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Steve Snyder-Hill, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Civil Action 2:18-cv-736

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Court held a status conference in this case on January 17, 2019. Counsel for all parties appeared and participated in the conference.

As stated at the conference, this case remains at a standstill pending mediation and further order of the Court. It is therefore **ORDERED** that Defendant's Motion to Stay Discovery, ECF No. 25, and Motion to Dismiss, ECF No. 34, continue to be **HELD IN ABEYANCE** pending mediation.

The parties are **DIRECTED** to confer and file joint recommendations by January 31, 2019, as to the model of the mediation and individuals who might serve as mediators.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

ELIZABETH P. DEAVERS, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT