IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STEVE SNYDER-HILL, *et al*., <br><br> Mass Tort Plaintiffs, <br><br> v. <br><br> THE OHIO STATE UNIVERSITY, <br><br> Defendant. | Case No. 2:18-cv-00736-MHW-EPD <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Deavers |

## **PLAINTIFFS' SUBMISSION OF AN ALTERNATIVE PROPOSED MEDIATOR**

Plaintiffs Steve Snyder-Hill et, al. hereby propose Judge Steven W. Rhodes as an alternative mediator if Plaintiff's previously proposed mediators are not selected for consideration by the Court in the above-referenced matter. The Plaintiffs in this action, along with the related class action Plaintiffs (Garrett, et al. v The Ohio State University, Case No. 2:18-cv-00692) have collectively proposed two qualified mediators as their first and second choices to mediate these claims in the Parties Joint Submission Regarding Mediation Pursuant to January 17, 2019 Order (Doc #44) filed on January 31, 2019. Defendants, likewise have proposed two alternative choices to serve as possible mediators in the Joint Submission. Unfortunately, there is no meeting of the minds between the Plaintiffs and Defendant on this subject.

In a continued effort to move this process along and in hopes of finding a mediator that perhaps all parties can agree upon, Plaintiffs in the Synder-Hill action have continued to research qualified mediators and have identified Judge Rhodes as an alternative qualified candidate for consideration if the Court should not accept the collective Plaintiffs' proposal of Judge Phillips or Mr. Feinberg. Plaintiffs in the Snyder-Hill action identified Judge Rhodes to counsel for OSU last week, in an effort to find agreement before meeting with the Court at the February 19, 2019 scheduled status conference, however, OSU has not yet responded to this alternative proposal.

In brief summary, Judge Rhodes qualifications are as follows:

**Steven W. Rhodes**, is the Retired Chief Judge, US Bankruptcy Court for the Eastern District of Michigan, and is presently serving as a mediator with JAMS following 30 years of distinguished service to the federal judiciary. After beginning his career in private practice, Judge Rhodes was appointed as a U.S. Magistrate Judge for the Eastern District of Michigan from 1981-1985 before serving on the U.S. Bankruptcy Court from 2002-2009.

Judge Rhodes is best known for his role presiding over the City of Detroit's 2013 bankruptcy, the largest municipal bankruptcy in United States history. Judge Rhodes was appointed by the Chief Judge of the Sixth Circuit Court of Appeals to preside over the City of Detroit bankruptcy case in July 2013, and Confirmed the City's Plan of Adjustment in November 2014. Recently, Judge Rhodes has been retained to serve as the mediator for the claims of over 160 additional plaintiffs that have come forward in a second phase of the Michigan State University sex abuse cases.

Judge Rhodes is known for his keen intellect, ability to manage complex, high-stakes litigation and creativity in solving problems. In addition, he has extensive experience in the resolution of complex disputes to include Class Action/Mass Tort actions, employment claims, business/commercial actions and fraud claims. https://www.jamsadr.com/rhodes/

Respectfully submitted,

  /s/ Jack Landskroner
JACK LANDSKRONER (0059227)
HANNAH KLANG (0090470)
Landskroner Grieco Merriman, LLC
1360 W. 9th Street, Suite 200
Cleveland, Ohio 44113
Phone: 216.522.9000
Fax:    216.522.9007
E-Mail: jack@lgmlegal.com
E-Mail: hannah@lgmlegal.com

  /s/ Scott E. Smith
SCOTT E. SMITH (0003749)
BRIAN R. NOETHLICH (0086933)
Scott Elliot Smith, LPA
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone:  614.846.1700
Fax:    614.486.4987
E-Mail:  ses@sestriallaw.com
E-Mail: brn@sestriallaw.com

2

                                        */s/ Adele P. Kimmel*

Adele P. Kimmel (admitted *pro hac vice*)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

A copy of this document was served by the Court's ECF System on all counsel of record on February 18, 2019, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

                                              */s/ Jack Landskroner*
                                              JACK LANDSKRONER (0059227)