**THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BRIAN GARRETT, et al., | ) | |
| | ) | Case No. 2:18-cv-00692 |
| Plaintiffs, | ) | |
| | ) | Judge Michael H. Watson |
| v. | ) | |
| | ) | Chief Magistrate Judge Elizabeth P. |
| THE OHIO STATE UNIVERSITY, | ) | Deavers |
| | ) | |
| Defendant. | ) | |
| ————————————— | ) | |
| | ) | |
| STEVE SNYDER-HILL, et al., | ) | |
| | ) | Case No. 2:18-cv-00736 |
| Plaintiffs, | ) | |
| | ) | Judge Michael H. Watson |
| v. | ) | |
| | ) | Chief Magistrate Judge Elizabeth P. |
| THE OHIO STATE UNIVERSITY, | ) | Deavers |
| | ) | |
| Defendant. | ) | |
| ————————————— | ) | |

**MOTION FOR STATUS CONFERENCE**

Plaintiffs in the above-referenced cases of *Snyder-Hill, et al. v. The Ohio State University*, number 2:18-cv-00736, and *Garrett, et al. v. The Ohio State University*, number 2:18-cv-00692, hereby request that the Court schedule a telephonic status conference at the earliest practical time. The purpose of the requested conference is to discuss the timeline and procedure for release of the Perkins Coie investigative report in light of the pending motion regarding records from the State Medical Board of Ohio, the mediation scheduled for July 10-11, 2019, and the pre-mediation submissions due June 20, 2019.

1.  Plaintiffs have long awaited the report from Perkins Coie, the firm retained by Ohio State University's special counsel (Porter Wright Morris & Arthur LLP) to investigate allegations of sexual misconduct against Dr. Richard Strauss.

2.  In November 2018, Defendant announced that Perkins Coie's investigation was "nearing the end."[1] In early March 2019, OSU's President expected the investigation to end in "six to eight weeks," *i.e.*, by May 1, 2019.[2]  As of today's date, it is unclear whether Perkins Coie has completed the report.

3.  On May 1, 2019, OSU moved for an Order permitting the public release of portions of the Perkins Coie report, including "information retrieved from files obtained from the State Medical Board of Ohio."  That motion is *sub judice*.

4.  Plaintiffs do not know whether Perkins Coie has completed its report, whether OSU's attorneys at Porter Wright Morris & Arthur LLP and/or Carpenter Lipps and Leland have seen the report, or what the timeline and process will be for dissemination of the report to the public and the parties in the above-captioned actions.

5.  Yesterday, Judge Michael Barrett scheduled a mediation for July 10-11, 2019 and requested *ex parte* pre-mediation submissions by June 20, 2019.

6.  Given the upcoming mediation deadlines and the potential relevance of the report to the mediation process, Plaintiffs respectfully request a telephonic court conference to discuss the timeline and process for release of the Perkins Coie report.

7.  Plaintiffs have conferred with Defendant.  Defendant stated it does not join in the request but has not stated whether or not it opposes the request.

---

[1] *See* https://news.osu.edu/perkins-coie-team-updates-trustees-on-strauss-investigation/
[2] *See* https://www.thelantern.com/2019/03/drake-expects-strauss-investigation-to-conclude-in-six-to-eight-weeks/.

DATED: May 9, 2019          EMERY CELLI BRINCKERHOFF
              & ABADY LLP

By: /s/ Ilann M. Maazel
Ilann M. Maazel (admitted *pro hac vice*)
Debra L. Greenberger (admitted *pro hac vice*)
600 Fifth Avenue
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbalaw.com
E-Mail: dgreenberger@ecbalaw.com

SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749)
Brian R. Noethlich (0086933)
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail:ses@sestraillaw.com
E-Mail: brn@sestriallaw.com

Adele P. Kimmel (admitted *pro hac vice*)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite
630 Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

*2:18-cv-00736*

/s/ Simina Vourlis
by /s/ Ilann Maazel
per email authorization (5/9/19)
Simina Vourlis (0046689) (Trial Attorney)
The Law Office of Simina Vourlis
856 Pullman Way
Columbus, OH 43212
(614) 487-5900
(614) 487-5901 fax
svourlis@vourlislaw.com

3

Rex A. Sharp (admitted *pro hac vice*)
Ryan C. Hudson (admitted *pro hac vice*)
Scott B. Goodger (admitted *pro hac vice*)
Larkin Walsh (admitted *pro hac vice*)
Sarah T. Bradshaw (admitted *pro hac vice*)
REX. A. SHARP, P.A.
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rhudson@midwest-law.com
sgoodger@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

*2:18-cv-00692*

## CERTIFICATE OF SERVICE

A copy of this document was served by the Court's ECF System on all counsel of record

on May 9, 2019, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

/s/  *Ilann M. Maazel*
Ilann M. Maazel

4