UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian Garrett, *et al.*,

    Plaintiffs,

v.                                    Civil Action 2:18-cv-692

The Ohio State University,        Judge Michael H. Watson

    Defendant.                Magistrate Judge Deavers

---

Steve Snyder Hill, *et al.*,

    Plaintiffs,

v.                                    Civil Action 2:18-cv-736

The Ohio State University,        Judge Michael H. Watson

    Defendant.                Magistrate Judge Deavers

---

Doe M.B., *et al.*,

    Plaintiffs,

v.                                    Civil Action 2:19-cv-1911

The Ohio State University,        Judge Michael H. Watson

    Defendant.                Magistrate Judge Deavers

Michael Disabato, *et al.*,

        Plaintiffs,                            Civil Action 2:19-cv-2237

    v.                                       Judge Michael H. Watson

The Ohio State University,            Chief Magistrate Judge Deavers

        Defendant.

## ORDER

On June 3, 2019, the Court consolidated case number 2:19-cv-2237 with related cases 2:18-cv-692, 2:18-cv-736, and 2:19-cv-1911. Order, ECF No. 7, Case Number 2:19-cv-2237. Pursuant to this Court's May 24, 2019 Opinion and Order in Lead Case 2:18-cv-692, ECF No. 90, the Court **ORDERS** The Ohio State University to provide an unredacted version of the Perkins Coie report ("Report") to Plaintiffs' counsel in case number 2:19-cv-2237. The Report shall be designated "Highly Confidential—Attorneys' Eyes Only" and shall **NOT** be filed on the docket at this time.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**