**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN (COLUMBUS) DIVISION**

| | |
|---|---|
| Brian Garrett,<br>Edward Gonzales,<br>Kent Kilgore,<br>Adam Plouse, and<br>John Does 1-35, *individually and*<br>*on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>vs.<br><br>The Ohio State University,<br><br>    Defendant. | Civil Case 2:18-cv-00692-MHW-EPD<br><br>Judge Michael H. Watson<br><br>Chief Magistrate Judge Elizabeth P. Deavers |
| Steven Snyder-Hill, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>The Ohio State University,<br><br>    Defendant. | Civil Case 2:18-cv-736-MHW-EPD<br><br>Judge Michael H. Watson<br><br>Chief Magistrate Judge Elizabeth P. Deavers |

**<ins>*GARRETT* AND *SNYDER-HILL* PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE MOTION TO COMPEL AND EXHIBITS UNDER SEAL</ins>**

The *Garrett* and *Snyder-Hill* Plaintiffs did not expect an opposition to their unopposed motion and are forced to write to correct the record. Defendant The Ohio State University's ("OSU") opposition paints Plaintiffs' motion as less than fully disclosive to the Court. To the contrary, Plaintiffs were endeavoring in good faith *not* to reveal on the public docket information OSU deemed confidential. Specifically, OSU marked its June 13, 2019 informal responses which

1

were produced in advance of the mediation: "CONFIDENTIAL MEDIATION COMMUNICATION; PURSUANT TO FED. R. EVID. 408 / S.D. OHIO CIV. R. 16.3(C) / PROVISION 3.5 OF S.D. OHIO SUPPLEMENTAL PROCEDURES FOR ALTERNATIVE DISPUTE RESOLUTION."  OSU's informal responses were provided two days before the mediation, marked subject to the mediation privilege, and are not the subject of Plaintiffs' motion to compel, which is directed to OSU's formal July 1, 2019 responses.  Accordingly, Plaintiffs' motion to seal endeavored to protect the mediation privilege and OSU's confidentiality designation by not revealing on the public docket confidential information.  Far from being an attempt to mislead, Plaintiffs were being conscientious to protect OSU's stated concerns.

OSU's responses further indicate why a filing under seal is inappropriate.  Though OSU marked both its informal June 13, 2019 responses and its July 1, 2019 formal responses as confidential and covered by the mediation privilege, OSU is not treating those documents as confidential.  OSU has now placed on the public docket the number of pages of documents it produced and other information about its responses, apparently in an attempt to publicly imply its responses were substantial and provided in good faith.  Yet when Plaintiffs seek to dispute the sufficiency of OSU's responses and move to compel appropriate responses, OSU claims such information cannot be revealed to the public and must be filed under seal.

Regardless, Plaintiffs are interested in a resolution on the merits of its motion to compel and are not looking for a sideshow on sealing.  Accordingly, Plaintiffs moved for permission to file under seal, as required by the Court's rules, in order to file their substantive motion to compel and move forward with obtaining relevant documents in this case.

Respectfully Submitted,

/s/ *Debra L. Greenberger*
Ilann M. Maazel (admitted *pro hac vice*)
Debra L. Greenberger (admitted *pro hac vice*)
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Ave, 10th Floor
New York, NY 10075
Phone: 212-763-5000
Fax: 212-763-5001
imaazel@ecbalaw.com
dgreenberger@ecbalaw.com

Adele P. Kimmel (admitted *pro hac vice*)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
akimmel@publicjustice.net

SCOTT E. SMITH (0003749) (Trial Attorney)
BRIAN R. NOETHLICH (0086933)
Scott Elliott Smith, LPA
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: 614.846.1700
Fax: 614.486.4987
ses@sestraillaw.com
brn@sestraillaw.com

***COUNSEL FOR SNYDER-HILL PLAINTIFFS***

/s/ *Simina Vourlis*
 (*by Debra L. Greenberger with email
authorization, 8/21/19*)

Simina Vourlis
(Trial Attorney) #0046689
The Law Office of Simina Vourlis
856 Pullman Way
Columbus, OH 43212
(614) 487-5900
(614) 487-5901 fax
svourlis@vourlislaw.com

3

Rex A. Sharp
Ryan C. Hudson
Scott B. Goodger
Larkin Walsh
Sarah T. Bradshaw
REX. A. SHARP, P.A.
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
rhudson@midwest-law.com
sgoodger@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

Robert Allard
CORSIGLIA, MCMAHON AND ALLARD, LLP
96 North Third Street, Suite 620
San Jose, CA 95112
(408) 289-1417
(408) 289-8127 fax
rallard@cmalaw.net

Jonathan Little
SAEED AND LITTLE, LLP
133 W. Market St. #189
Indianapolis, IN 46204
317-721-9214
jon@sllawfirm.com

Stephen Estey
ESTEY & BOMBERGER LLP
2869 India Street
San Diego, CA 92103
619-295-0035
619-295-0172 fax
steve@estey-bomberger.com

Daniel R. Karon (#0069304)
KARON LLC
700 W. St. Clair Ave., Suite 200
Cleveland, OH 44113
Tel.: 216.622.1851
dkaron@karonllc.com

Joseph Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, PA 19312
(610) 200-0580
(610) 421-1326
jgs@sstriallawyers.com

***COUNSEL FOR GARRETT PLAINTIFFS***

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing document was filed and served, via the Court's CM/ECF system on August 21, 2019, on all counsel of record.


By:     */s/ Debra Greenberger*
        Attorney for Snyder-Hill Plaintiffs