UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STEVE SNYDER-HILL,** *et al.***,**

    **Plaintiffs,**

                              **Civil Action 2:18-cv-736**
    **v.**                                **Judge Michael H. Watson**
                              **Chief Magistrate Judge Elizabeth P. Deavers**

**THE OHIO STATE UNIVERSITY,**

    **Defendant.**

## **ORDER**

On August 9, 2019, Plaintiffs filed a motion to substitute John Doe 18's widow as putative administratrix of the estate of John Doe 18 for Plaintiff John Doe 18 pursuant to Federal Rule of Civil Procedure 25(a) or, in the alternative, for an extension of time to file a motion to substitute, and for permission to file under seal a version of the motion to substitute that reveals the identity of John Doe 18's widow. (ECF No. 82.) At the time the motion was filed, however, John Doe 18's widow had had not yet been appointed as administratrix of his estate. (*Id*. at 2.) Plaintiffs also represent that while Defendant consents to the requests to file the putative administratrix's name under seal and for an extension of time to file a supplemented motion to substitute, it does not consent to the request to substitute.[1] (*Id*.)

To the extent Plaintiffs seek an extension of time to file a supplemented motion to substitute, their motion (ECF No. 82) is **GRANTED** in that respect only.[2] The parties are **DIRECTED** to confer regarding the status of the state court proceedings seeking to appoint John

---

[1] Defendant, however, did not file an opposition to the motion to substitute.
[2] The request to substitute and for leave to file under seal therefore remain pending.

Doe 18's widow as administratrix and whether Defendant still opposes the requested substitution.  The parties are **ORDERED** to file a joint written status report on these matters, including how much time Plaintiffs will need to file a supplemented motion to substitute, no later than **OCTOBER 15, 2019**.

    **IT IS SO ORDERED**.


Date: October 8, 2019                      /s/ *Elizabeth A. Preston Deavers*
                                                    ELIZABETH A. PRESTON DEAVERS
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE