# THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| STEVE SNYDER-HILL, et al., | Case No. 2:18-cv-00736 |
| Plaintiffs, | |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Chief Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

**JOINT STATUS REPORT PURSUANT TO COURT'S OCTOBER 8, 2019 ORDER, SUPPLEMENTAL RULE 25(A) MOTION FOR SUBSTITUTION, AND MOTION FOR PERMISSION TO FILE UNDER SEAL**

Pursuant to this Court's October 8, 2019 Order, the *Snyder-Hill* Plaintiffs inform this Court that the New York State Surrogate's Court appointed Plaintiff John Doe 18's widow as the Executor of his Estate. Attached is a redacted version of the Surrogate's Court's September 9, 2019 Certificate of Appointment of Executor. Accordingly, Defendant does not oppose the substitution of the Executor of the Estate of John Doe 18 as party Plaintiff herein in place of Plaintiff John Doe 18. In light of the appointment, Defendant's position, and for the reasons detailed in the original motion, the *Snyder-Hill* Plaintiffs ask that the Executor of the Estate of John Doe 18 be substituted as party Plaintiff herein in place of Plaintiff John Doe 18.

Plaintiffs further request leave of Court, pursuant to S.D. Ohio Civ. R. 5.2.1, to file under seal a version of this motion that attaches the unredacted exhibit, thus revealing the true name of John Doe 18 and the proposed substitute Plaintiff, his widow. Defendant does not oppose sealing.

The Court found that "good cause" was shown to use a John Doe designation "in all pleadings and documents to be filed on the public record when referring to the thirty-one

Plaintiffs who wish to proceed anonymously in this action." Dkt. 33. The Court also ordered the Plaintiffs to "file with the Court *ex parte* and under seal a First Amended complaint bearing the thirty-one Doe Plaintiffs' true names." *Id.* Accordingly, to preserve the anonymity of John Doe 18 and his family, Plaintiffs respectfully request permission to file under seal those exhibits that reveal the true name of the proposed substitute Plaintiff.

DATED: October 15, 2019

EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: */s/ Debra L. Greenberger*
Ilann M. Maazel (admitted *pro hac vice*)
Debra L. Greenberger (admitted *pro hac vice*)
600 Fifth Avenue
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbalaw.com
E-Mail: dgreenberger@ecbalaw.com

SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749)
Brian R. Noethlich (0086933)
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail:ses@sestraillaw.com
E-Mail: brn@sestriallaw.com

Adele P. Kimmel (admitted *pro hac vice*)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

*Attorneys for the Snyder-Hill Plaintiffs and the Executor of the Estate of John Doe 18*