# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BRIAN GARRETT, et al., | Case No. 2:18-cv-00692 |
| Plaintiffs, | |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Chief Magistrate Judge Elizabeth A. Deavers |
| Defendant. | |
| STEVE SNYDER-HILL, et al., | Case No. 2:18-cv-00736 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Chief Magistrate Judge Elizabeth A. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |
| JOHN DOE M.B., et al., | Case No. 2:19-cv-01911 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Chief Magistrate Judge Elizabeth A. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |
| MICHAEL DISABATO, et al., | Case No. 2:19-cv-02237 |
| Plaintiffs, | Judge Michael H. Watson |
| v. | Chief Magistrate Judge Elizabeth A. Deavers |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

| | | |
|---|---|---|
| MICHAEL HEIFFERON, | ) | |
| | ) | Case No. 2:19-cv-02429 |
| Plaintiff, | ) | |
| | ) | Judge Michael H. Watson |
| v. | ) | |
| | ) | Chief Magistrate Judge Elizabeth A. Deavers |
| THE OHIO STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| NICHOLAS NUTTER, et al. | ) | Case No. 2:19-cv-02462 |
| Plaintiffs, | ) | Judge Michael H. Watson |
| v. | ) | Chief Magistrate Judge Elizabeth A. Deavers |
| THE OHIO STATE UNIVERSITY, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JOHN DOES 37-66, | ) | Case No. 2:19-cv-03165 |
| Plaintiffs, | ) | Judge Michael H. Watson |
| v. | ) | Chief Magistrate Judge Elizabeth A. Deavers |
| THE OHIO STATE UNIVERSITY, | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JOHN DOES 67-87, | ) | Case No. 2:19-cv-04397 |
| Plaintiffs, | ) | Judge Michael H. Watson |
| v. | ) | Chief Magistrate Judge Elizabeth A. Deavers |
| THE OHIO STATE UNIVERSITY, | ) | |
| Defendant. | ) | |

| | |
|---|---|
| JOHN DOE,                              )<br>                                                  )<br>            Plaintiff,                       )<br>                                                  )<br>v.                                                )<br>                                                  )<br>THE OHIO STATE UNIVERSITY,  )<br>                                                  )<br>            Defendant.                   )<br>_____)<br>                                                  )<br>THOMAS ROEHLIG, et al.,         )<br>                                                  )<br>            Plaintiffs,                      )<br>                                                  )<br>v.                                                )<br>                                                  )<br>                                                  )<br>THE OHIO STATE UNIVERSITY,  )<br>                                                  )<br>            Defendant.                   )<br>_____) | Case No. 2:19-cv-04433<br><br>Judge Michael H. Watson<br><br>Chief Magistrate Judge Elizabeth A. Deavers<br><br><br><br><br><br>Case No. 2:19-cv-04441<br><br>Judge Michael H. Watson<br><br>Chief Magistrate Judge Elizabeth A. Deavers |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MARISSA BENAVIDES

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Scott Elliot Smith, trial attorney for Plaintiffs in the above-referenced case *Snyder-Hill, et al. v. The Ohio State University*, number 2:18-cv-00736, hereby moves the Court to admit attorney Marissa Benavides of the law firm Emery Celli Brinckerhoff & Abady LLP, *pro hac vice*, to appear and participate as counsel or co-counsel for Plaintiffs in the *Snyder-Hill* case.

Movant represents that Marissa Benavides is a member in good standing of the highest court of the State of Illinois, as attested by the accompanying certificate from that court, and that Ms. Benavides is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee and a proposed order.

Ms. Benavides understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion. Ms. Benavides's business address is as follows:

3

      600 Fifth Avenue at Rockefeller Center, 10th Floor
      New York, New York 10020
      Tel: (212) 763-5000
      Fax: (212) 763-5001
      Email: mbenavides@ecbalaw.com

DATED:  October 28, 2019

      */s/ Scott E. Smith*
      SCOTT E. SMITH (0003749)
      BRIAN R. NOETHLICH (0086933)
      Scott Elliott Smith, LPA
      5003 Horizons Drive, Suite 100
      Columbus, Ohio 43220
      Phone:  614.846.1700
      Fax:    614.486.4987
      E-Mail:  ses@sestriallaw.com
      E-Mail:  brn@sestriallaw.com

      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

A copy of this document was served by the Court's ECF System on all counsel of record on October 28, 2019, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

      */s/ Scott E. Smith*
      SCOTT E. SMITH (0003749)

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Marissa Benavides

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2016 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 25th day of September, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois