THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEVE SNYDER-HILL, et al., ) | |
| ) | Case No. 2:18-cv-00736 |
| Plaintiffs, ) | |
| ) | Judge Michael H. Watson |
| v. ) | |
| ) | Chief Magistrate Judge Elizabeth A. Deavers |
| THE OHIO STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

PLEASE TAKE NOTICE that Attorney Brian R. Noethlich of the law firm Scott Elliot Smith, L.P.A., withdraws his appearance as co-counsel for all Plaintiffs in this case, pursuant to S.D. Ohio Civ. R. 83.4(d)

DATED: November 20, 2019

/s/ Brian R. Noethlich
Brian R. Noethlich (0086933)
**Scott Elliot Smith, L.P.A.**
5003 Horizons Drive, Suite 101
Columbus, Ohio 43220
T: (614) 846-1700
F: (614) 486-4987
E: brn@sestriallaw.com

/s/ Scott E. Smith
SCOTT E. SMITH (0003749)
Scott Elliott Smith, LPA
5003 Horizons Drive, Suite 101
Columbus, Ohio 43220
T: (614) 846-1700
F: (614) 486-4987
E: ses@sestriallaw.com
*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

A copy of this document was served by the Court's ECF System on all counsel of record on November 20, 2019, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Brian R. Noethlich*
Brian R. Noethlich (0086933)