UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Steve Snyder-Hill, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Civil Action 2:18-cv-736

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

Plaintiff John Doe 22 moves the Court to sever his claims from this case so he can pursue his claims individually. Mot., ECF No. 79. He also moves to substitute Richard W. Schulte and the firm Wright & Schulte, LLC as counsel of record in place of present counsel Scott E. Smith and Brian R. Noethlich with the firm Scott Elliot Smith, LPA; Adele P. Kimmel with Public Justice, P.C.; and Debra Greenberger and Ilann M. Maazel with Emery Celli Brinckerhoff & Abady LLP. Finally, he moves to file an Amended Complaint. The Court previously denied this motion temporarily during mediation. However, upon reconsideration thereof, it now **GRANTS** John Doe 22's motion.

The clerk is **DIRECTED** to (1) assign a new individual case number for John Doe 22; (2) mark this new case as related to the original action and assign it to the undersigned District Judge; and (3) copy and transfer all filings from the

original action to the docket of the new case. Plaintiff must pay the requisite filing fee within fourteen (14) days of this order.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**