UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian Garrett, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Lead Action 2:18-cv-692

Judge Michael H. Watson

Chief Magistrate Judge Deavers

## ORDER

Certain Plaintiffs have moved for a status conference. *See* Mot., ECF No. 141 (Case No. 2:18-cv-692). Defendant opposes. At this time, the Court does not find that mediation has reached an impasse such that a status conference or case schedule is needed. Accordingly, Plaintiffs' motion, ECF No. 141, is **DENIED**. Instead, the Court **ORDERS** these parties to continue to mediate in good faith with Judge Barrett. Any concerns Plaintiffs may have with mediation or the mediation process shall be raised with Judge Barrett.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT