FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 OCT 29 PM 4: 11

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DISABATO, et al.,

    Plaintiffs,

    v.

THE OHIO STATE UNIVERSITY,

    Defendant.

Case No. 2:19-cv-02237

Judge Michael H. Watson

Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

Plaintiff John Doe 15's motion, ECF No. 43, is **GRANTED**.

The Clerk shall **SEVER** Plaintiff John Doe 15's claims from this action and consolidate them with his claims filed *sub nom* Plaintiff John Doe 60 in the action *Snyder-Hill, et al. v. The Ohio State University*, Case No. 2:18-cv-00736 (S.D. Ohio). Plaintiff John Doe 15's allegations in *Snyder Hill* as John Doe 60 shall be considered the operative pleading.

Moreover, Scott E. Smith and Michael L. Dillard of Scott Elliot Smith LPA; Adele Kimmel and Alexandra Brodsky of Public Justice, P.C.; and Ilann M. Maazel, Debra L. Greenberger, and Marissa R. Benavides of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP (collectively, "Snyder-Hill Counsel") shall represent Plaintiff John Doe 15 in the 2:18-cv-736 action.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT