## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| ) | |
| STEVE SNYDER-HILL, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:18-cv-00736 |
| ) | |
| v. ) | Judge Michael H. Watson |
| ) | |
| THE OHIO STATE UNIVERSITY, ) | Chief Magistrate Judge Elizabeth P. |
| ) | Deavers |
| Defendant. ) | |
| ) | |

### PLAINTIFFS' MOTION REQUESTING PERMISSION
### TO SUBMIT RESPONSE TO
### DEFENDANT'S DECEMBER 8, 2020 SUBMISSION

Defendant OSU once again improperly used its response to Plaintiffs' single-paragraph

notice of *Karasek v. Regents of the University of California*, No. 3:15-CV-03717-WHO, 2020

WL 6684869 (N.D. Cal. Nov. 12, 2020), to submit a supplementary brief containing substantial

legal discussion and citations to additional cases.  As Plaintiffs previously noted, this Court has

made clear that such conduct violates Local Rule 7.2(a).  *Nokes v. Miami Univ.*, No. 1:17-CV-

482, 2017 WL 3674910, at *7 (S.D. Ohio Aug. 25, 2017) (Barrett, J.) (admonishing defendants

for submitting "three pages of additional briefing" in response to plaintiff's short notice of

supplemental authority). OSU's response would have been appropriate had it limited itself to the

case Plaintiffs identified in their notice; instead, it exceeded the permissible bounds of its

response by introducing additional cases, to which Plaintiffs must now respond.

Neither of the additional cases OSU cites support OSU's argument in this case, and

neither was appropriate for submission in response to Plaintiffs' notice of *Karasek*.  Because

OSU submitted a legal brief with two additional (and inapplicable) cases in response to

Plaintiffs' short citation of supplementary authority, in the interest of fairness and to correct

OSU's misleading submission of these cases, Plaintiffs ask the Court for permission to submit

the following short response to OSU's December 8 submission.  Plaintiffs conferred with

Defendant by email on December 19, 2020 and Defendant did not provide its position on this

motion.


Dated: Columbus, OH                  Respectfully submitted,
      December 21, 2020

By:    */s/ Scott Smith, with email permission to*
            *Debra L. Greenberger*

SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749)
Michael L. Dillard, Jr. (0083907)
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail:ses@sestraillaw.com
E-Mail: mld@sestriallaw.com

Ilann M. Maazel (admitted *pro hac vice*)
Debra L. Greenberger (admitted *pro hac vice*)
Marissa Benavides (admitted *pro hac vice*)
EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com
E-Mail: mbenavides@ecbawm.com

Adele P. Kimmel (admitted *pro hac vice*)
Alexandra Brodsky (admitted *pro hac vice*)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite
630 Washington, DC 20036
Phone: (202) 797-8600

Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

*Attorneys for Plaintiffs*

**RESPONSE TO OSU'S RESPONSE SUBMISSION**
**OF SUPPLEMENTARY AUTHORITY**

Because all Plaintiffs assert "heightened risk"/"pre-harassment" Title IX claims that OSU admits *Karasek* found cognizable under its statute of limitations accrual analysis, *see* Dkt. 146 at 1, *Karasek* is squarely on point, No. 3:15-CV-03717-WHO, 2020 WL 6684869 (N.D. Cal. Nov. 12, 2020).  OSU attempts to sidestep this analysis by citing two inapposite decisions.

*Borkowski v. Baltimore Cty., Maryland*, No. CV DKC 18-2809, 2020 WL 5816369 (D. Md. Sept. 30, 2020), provides no analysis regarding the accrual of statutes of limitations for cognizable claims under Title IX.  Rather, it dismisses the Title IX claims of two plaintiffs who are excluded from the statute's protections by its plain text.  In *Borkowski*, two women sued the University of Maryland Baltimore County (UMBC) after they were raped by men who happened to attend the defendant-school.  *Id*. at \*1-\*2, \*22; *see also Borkowski v. Baltimore Cty., Maryland*, 414 F. Supp. 3d 788, 799 (D. Md. 2019).  Unlike Plaintiffs in this case, neither woman was assaulted on the defendant's property or tried to access the defendant's "education program or activity" at any relevant time.  *See* 2020 WL 5816369, at \*1-\*2, \*22-\*23.  As a result, the women did not have standing to bring a claim under Title IX.  *Id*. at \*23.

OSU's citation to *Celece v. Dunn School*, No. CV2010139GWPVCX, 2020 WL 6802027, at \*6 (C.D. Cal. Nov. 19, 2020), is equally unavailing. In ruling plaintiff's Title IX claim untimely, the *Celece* court did not discuss, nor did plaintiff argue, delayed accrual or any facts supporting delayed accrual.

Respectfully submitted,

By:   /s/ Scott Smith, with email permission to
      Debra L. Greenberger

SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749)
Michael L. Dillard, Jr. (0083907)
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail:ses@sestraillaw.com
E-Mail: mld@sestriallaw.com

Ilann M. Maazel (admitted *pro hac vice*)
Debra L. Greenberger (admitted *pro hac vice*)
Marissa Benavides (admitted *pro hac vice*)
EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com
E-Mail: mbenavides@ecbawm.com

Adele P. Kimmel (admitted *pro hac vice*)
Alexandra Brodsky (admitted *pro hac vice*)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite
630 Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net
Email: abrodsky@publicjustice.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing document was filed and

served, via the Court's CM/ECF system on December 21, 2020, on all counsel of record.


By: /s/Debra L. Greenberger
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN (COLUMBUS) DIVISION**

|  |  |
|---|---|
| STEVE SNYDER-HILL, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:18-cv-00736 |
| ) | |
| v. ) | Judge Michael H. Watson |
| ) | |
| THE OHIO STATE UNIVERSITY, ) | Chief Magistrate Judge Elizabeth P. |
| ) | Deavers |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE RESPONSE**

Upon review of Plaintiffs' Motion to file response to OSU's December 8, 2020

submission, and for good cause shown, **IT IS HEREBY ORDERED THAT:**

Plaintiffs' Motion to file response is **GRANTED**.


IT IS SO ORDERED.

Dated: _____        _____
                                  Michael W. Watson
                                  UNITED STATES JUDGE