UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Steve Snyder-Hill, *et al.*,

    Plaintiffs,

    v.

The Ohio State University,

    Defendant.

Case No. 2:18-cv-736

Judge Michael H. Watson

Chief Magistrate Judge Preston Deavers

## ORDER

Plaintiffs' motion for oral argument, ECF No. 134, is **DENIED**.

Nonetheless, if the Court later determines that oral argument on the pending motions would be useful, it shall be scheduled.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT