# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STEVE SNYDER-HILL, et al., | |
| Plaintiffs, | Case No. 2:18-cv-00736 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Chief Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs named in the document attached hereto as Attachment A hereby appeal to the United States Court of Appeals for the Sixth Circuit from this Court's decision and order entered in this action on the 22nd day of September, 2021 (ECF No. 158), which granted the Defendant's Motion to Dismiss, as well as the accompanying final judgment entered on the same day (ECF No. 159).

Dated: Columbus, OH
October 21, 2021

Respectfully submitted,

By: <u>/s/ Scott E. Smith</u>
Scott E. Smith

Address: SCOTT ELLIOTT SMITH, LPA
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail: ses@sestraillaw.com

Attorney for Plaintiffs