**THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF OHIOEASTERN DIVISION**

| | | |
|---|---|---|
| STEVE SNYDER-HILL, et al., | ) | Case No. 2:18-cv-00736-MHW-EPD |
| | ) | |
| Plaintiffs, | ) | Judge Michael H. Watson |
| | ) | |
| v. | ) | Chief Magistrate Judge Elizabeth P. |
| | ) | Deavers |
| THE OHIO STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiffs Hugh Dyer, John Doe 24, John Doe 26, John Doe 38, John Doe 48, John Doe 51, John Doe 53, John Doe 55, John Doe 61 and Defendant The Ohio State University ("OSU") hereby stipulate to the **DISMISSAL WITH PREJUDICE** of any and all claims which have been, could have been, or should have been asserted against OSU in the Second Amended Complaint. The parties will bear their own attorneys' fees, costs and expenses.

**Stipulated And Agreed To By:**

Attorney for Plaintiffs:

SCOTT ELLIOT SMITH, LPA

/s/ Scott E. Smith
Scott E. Smith
Michael L. Dillard, Jr.
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987

Attorney for Defendant:

DAVID A. YOST
ATTORNEY GENERAL OF OHIO

/s/ (signature affixed by Plaintiffs' counsel on consent)
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
David J. Barthel (0079307)
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street

1

ses@sestriallaw.com
mld@sestriallaw.com

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
Ilann M. Maazel
Debra L. Greenberger
Marissa R. Benavides
600 Fifth Avenue, 10th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
imaazel@ecbawm.com
dgreenberger@ecbawm.com
mbenavides@ecbawm.com

PUBLIC JUSTICE, P.C.
Adele P. Kimmel
Alexandra Z. Brodsky
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
akimmel@publicjustice.net

Columbus, OH 43215
Phone:  (614) 365-4100
Fax:  (614) 365-9145
carpenter@carpenterlipps.com
bricker@carpenterlipps.com
barthel@carpenterlipps.com

Special Counsel for Defendant The Ohio State
University

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was filed electronically on December 13, 2021. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Scott E. Smith
_____
Trial Attorney for Plaintiffs
