THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVE SNYDER-HILL, et al., | ) | Case No. 2:18-cv-00736-MHW-EPD |
| Plaintiffs, | ) ) ) | Judge Michael H. Watson |
| v. | ) ) | Chief Magistrate Judge Elizabeth P. Deavers |
| THE OHIO STATE UNIVERSITY, | ) ) | |
| Defendant. | ) ) | |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 15(a)(2), Rule 21, and Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Hugh Dyer, John Doe 24, John Doe 26, John Doe 38, John Doe 48, John Doe 51, John Doe 53, John Doe 55, John Doe 61 (the "Dismissing Plaintiffs") hereby move the Court to **DISMISS WITH PREJUDICE** any and all claims which have been, could have been, or should have been asserted by the Dismissing Plaintiffs against Defendant The Ohio State University ("OSU") in the Second Amended Complaint. The Dismissing Plaintiffs and OSU will bear their own attorneys' fees, costs and expenses.

In support of this motion, the Dismissing Plaintiffs state their claims against OSU have been settled in full and that the dismissal with prejudice of the Dismissing Plaintiffs from this action will make the litigation of this action more efficient, will not prejudice OSU, and will not have any impact on the material issues involved in this litigation. The claims of the following plaintiffs in this matter are not being dismissed and remain pending: Steve Snyder-Hill, Ronald McDaniel, David Mulvin, Kelly Reed, William Rieffer, William Brown, Kurt Huntsinger, Steve Hatch, Melvin Robinson, Douglas Wells, James Khalil, Jerrold L. Solomon, Joseph Bechtel, Michael Murphy, John David Faler, John Doe 17, Estate of John Doe 18, John Does 19-23,

John Doe 25, John Does 27-37, John Does 39-47, John Does 49-50, John Doe 52, John Doe 54, John Does 56-60, and John Does 62-77.

The undersigned has conferred with counsel for OSU, and counsel for OSU does not oppose this motion. A Proposed Agreed Order of Dismissal with Prejudice is attached.

Dated: December 13, 2021
      Columbus, OH

SCOTT ELLIOT SMITH, LPA

  /s/ Scott E. Smith
Scott E. Smith
Michael L. Dillard, Jr.
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
ses@sestriallaw.com
mld@sestriallaw.com

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Ilann M. Maazel
Debra L. Greenberger
Marissa R. Benavides
600 Fifth Avenue, 10th Floor
New York, New York 10020
Phone: (212) 763-5000
Fax: (212) 763-5001
imaazel@ecbawm.com
dgreenberger@ecbawm.com
mbenavides@ecbawm.com

PUBLIC JUSTICE, P.C.
Adele P. Kimmel
Alexandra Z. Brodsky
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
akimmel@publicjustice.net

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on December 13, 2021. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

                                                          /s/ Scott E. Smith
                                                  Trial Attorney for Plaintiffs