UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Steve Snyder-Hill, *et al.*,

    Plaintiffs,

v.

The Ohio State University,

    Defendant.

Case No. 2:18-cv-736

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

Nine plaintiffs and Defendant filed a joint motion to dismiss with prejudice all claims of those nine plaintiffs, representing that the parties had reached a settlement. ECF No. 164. Although the Court commends the settlement success, it is unable to grant this motion because Plaintiffs have already filed a notice of appeal. "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) (citing cases); *see also Adkins v. Jeffreys*, 327 F. App'x 537, 539 (6th Cir. 2009) ("It is clear that the filing of a notice of appeal operates to transfer jurisdiction of the case to the court of appeals, and the district court is thereafter without jurisdiction except to act in aid of the appeal." (internal citations omitted)). So, the joint motion is **DENIED**, and the parties are encouraged to re-file their motion in the court of appeals. The Clerk is **DIRECTED** to terminate ECF No. 164.

IT IS SO ORDERED.

                                                                                                           /s/ Michael H. Watson
                                                                                                           MICHAEL H. WATSON, JUDGE
                                                                                                           UNITED STATES DISTRICT COURT