# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| STEVE SNYDER-HILL, et al., | ) | Case No. 2:18-cv-00736-MHW-EPD |
| | ) | |
| Plaintiffs, | ) | Judge Michael H. Watson |
| | ) | |
| v. | ) | Chief Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| THE OHIO STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL AS CO-COUNSEL FOR PLAINTIFFS

Now comes undersigned counsel, pursuant to Local Civil Rule 83.4(d), hereby gives notice to all parties and the Court that Michael L. Dillard, Jr. is withdrawing as co-counsel for Plaintiffs. All other attorneys of record for Plaintiffs will remain as attorneys of record for Plaintiffs.

Respectfully submitted,

February 3, 2022

By:    /s/ Michael L. Dillard, Jr. and Scott E. Smith, Trial Attorney
SCOTT ELLIOTT SMITH, LPA
Scott E. Smith (0003749)
Trial Attorney
Michael L. Dillard, Jr. (0083907)
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail: ses@sestraillaw.com
E-Mail: mld@sestriallaw.com

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP
Ilann M. Maazel (admitted *pro hac vice*)
Debra L. Greenberger (admitted *pro hac vice*)
Marissa R. Benavides (admitted *pro hac vice*)
600 Fifth Avenue, 10th Floor
New York, New York 10020

Phone: (212) 763-5000
Fax: (212) 763-5001
E-Mail: imaazel@ecbawm.com
E-Mail: dgreenberger@ecbawm.com
E-Mail: mbenavides@ecbawm.com

PUBLIC JUSTICE, P.C.
Adele P. Kimmel (admitted *pro hac vice*)
Alexandra Brodsky (admitted *pro hac vice*)
1620 L Street, NW, Suite 630
Washington, DC 20036
Phone: (202) 797-8600
Fax: (202) 232-7203
E-mail: akimmel@publicjustice.net

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on February 3, 2022. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

                    /s/ *Scott E. Smith*
                Scott E. Smith, Trial Attorney