## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Brian Garrett, *et al.*,

        Plaintiffs,

    v.

The Ohio State University

    Defendant.

Case No. 2:18-cv-692

Judge Michael H. Watson

Magistrate Judge Preston Deavers

---

Steve Snyder-Hill, *et al.*,

        Plaintiffs,

    v.

The Ohio State University

    Defendant.

Case No. 2:18-cv-736

Judge Michael H. Watson

Magistrate Judge Preston Deavers

---

Nicholas Nutter, *et al.*,

        Plaintiffs,

    v.

The Ohio State University

    Defendant.

Case No. 2:19-cv-2462

Judge Michael H. Watson

Magistrate Judge Preston Deavers

---

Rocky Ratliff,

        Plaintiff,                      Case No. 2:19-cv-4746

     v.                          Judge Michael H. Watson

The Ohio State University       Magistrate Judge Preston Deavers

      Defendant.

---

John Does 151-161, *et al.*,

        Plaintiffs,                  Case No. 2:20-cv-3817

     v.                          Judge Michael H. Watson

The Ohio State University       Magistrate Judge Preston Deavers

      Defendant.

---

John Does 172-191, *et al.*,

        Plaintiffs,             Case No. 2:21-cv-2121

     v.

The Ohio State University       Judge Michael H. Watson

      Defendant.            Magistrate Judge Preston Deavers

Case No. 2:18-cv-692      Case No. 2:21-cv-2527
Case No. 2:18-cv-736      Case No. 2:21-cv-2542
Case No. 2:19-cv-2462    Case No. 2:21-cv-2562
Case No. 2:19-cv-4746    Case No. 2:21-cv-3838
Case No. 2:20-cv-3817    Case No. 2:23-cv-1048
Case No. 2:21-cv-2121

John Does 192-217,

      Plaintiffs,               Case No. 2:21-cv-2527

      v.                     Judge Michael H. Watson

The Ohio State University      Magistrate Judge Preston Deavers

      Defendant.

---

Michael Alf, *et al.,*

      Plaintiffs,               Case No. 2:21-cv-2542

      v.                     Judge Michael H. Watson

The Ohio State University      Magistrate Judge Preston Deavers

      Defendant.

---

Michael Canales, *et al.,*

      Plaintiffs,               Case No. 2:21-cv-2562

      v.                     Judge Michael H. Watson

The Ohio State University      Magistrate Judge Preston Deavers

      Defendant.

---

Case No. 2:18-cv-692      Case No. 2:21-cv-2527
Case No. 2:18-cv-736      Case No. 2:21-cv-2542
Case No. 2:19-cv-2462    Case No. 2:21-cv-2562
Case No. 2:19-cv-4746    Case No. 2:21-cv-3838
Case No. 2:20-cv-3817    Case No. 2:23-cv-1048
Case No. 2:21-cv-2121

---

Timothy Moxley, *et al.*,

        Plaintiffs,                Case No. 2:21-cv-3838

        v.                      Judge Michael H. Watson

The Ohio State University        Magistrate Judge Preston Deavers

        Defendant.

---

John Doe,

        Plaintiff,                Case No. 2:23-cv-1048

        v.                      Judge Michael H. Watson

The Ohio State University        Magistrate Judge Preston Deavers

        Defendant.

---

## <u>ORDER</u>

According to the Court's records, each of the above-captioned cases (the Cases") has at least one Plaintiff who has not settled their claims.  Counsel for Plaintiffs and Defendant are **ORDERED** to jointly notify the Court within **SEVEN** business days whether there are: (1) any cases not listed above that also have one or more plaintiffs who have not settled; (2) any cases listed above that have completely settled and should thus remain closed; or (3) whether the Cases

| | |
|---|---|
| Case No. 2:18-cv-692 | Case No. 2:21-cv-2527 |
| Case No. 2:18-cv-736 | Case No. 2:21-cv-2542 |
| Case No. 2:19-cv-2462 | Case No. 2:21-cv-2562 |
| Case No. 2:19-cv-4746 | Case No. 2:21-cv-3838 |
| Case No. 2:20-cv-3817 | Case No. 2:23-cv-1048 |
| Case No. 2:21-cv-2121 | |

accurately reflect those cases for which litigation will proceed.  Upon receiving

the parties' joint notice, the Court will formally reactivate the Cases.

Moreover, the Court will hold an in-person status conference in the Cases

on July 6, 2023 at 2:00 p.m.  Counsel are required to attend; the parties or their

representatives may, but are not required to, attend.  Neither the parties nor

counsel in any fully dismissed case need appear at the conference.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**

Case No. 2:18-cv-692       Case No. 2:21-cv-2527
Case No. 2:18-cv-736       Case No. 2:21-cv-2542
Case No. 2:19-cv-2462      Case No. 2:21-cv-2562
Case No. 2:19-cv-4746      Case No. 2:21-cv-3838
Case No. 2:20-cv-3817      Case No. 2:23-cv-1048
Case No. 2:21-cv-2121

Page 5 of 5